**04 MBD 10082**

### Exhibit A to Subpoena

1. Produce pursuant to the subpoena any and all information in your possession sufficient to identify the person or persons conducting business through the website entitled www.best-it-ebooks.com and offering for purchase the materials described in the attached letter dated March 16, 2004, to the extent such information is available to you.

2. The documents requested in the subpoena may be produced in paper or electronic form and shall be produced by 10:00 a.m. on March 25, 2004 at:

KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114
(617) 227-7031
(617) 367-2988 (fax)