# KOTIN, CRABTREE & STRONG, LLP

ATTORNEYS AT LAW
ONE BOWDOIN SQUARE
BOSTON, MASSACHUSETTS 02114-2925

LAWRENCE KOTIN
ROBERT K. CRABTREE
WILLIAM S. STRONG*
DOLPH J. VANDERPOL
ABBOTT L. REICHLIN
ANNE L. JOSEPHSON
JOSEPH B. GREEN
MARIE F. MERCIER
ELIZABETH J. BAILEY
RICHARD F. HOWARD
NICHOLAS M. KELLEY
RENÉ D. VARRIN
SHAREN LITWIN
EILEEN M. HAGERTY

*ALSO ADMITTED IN NH

TELEPHONE (617) 227-7031

FACSIMILE (617) 367-2988

EMAIL KCS@KCSLEGAL.COM

WWW.KCSLEGAL.COM

OF COUNSEL
DANIEL T.S. HEFFERNAN

AMY H. WEINSTEIN
MARYANN C. CASSIDY
LAUREL H. SIEGEL
AMY C. MAINELLI**

**ALSO ADMITTED IN RI

March 17, 2004

**04 MBD 10082**

BY HAND DELIVERY

Clerk - Civil
United States District Court
One Courthouse Way
Boston, MA 02110

Re: best-it-ebooks.com

Dear Sir or Madam:

I am writing to request the issuance of a subpoena to the following internet service provider, to compel disclosure of information sufficient to identify an alleged copyright infringer in accordance with 17 U.S.C. §512 (h):

Everyones Internet, LTD
2600 Southwest Freeway, Suite 600
Houston, TX 77098.

Enclosed please find a copy of the notification sent to the service provider in accordance with 17 U.S.C. §512 (c)(3)(A) and a proposed subpoena with attached Exhibit A.

I hereby swear under penalties of perjury that the purpose for which the subpoena is being sought is solely to obtain the identity of an alleged copyright infringer and such information will only be used for the purpose of protecting my clients' copyrights.

Thank you for your assistance. If you have any questions, please call me.

Clerk - Civil
United States District Court
March 17, 2004
Page 2 of 2

Yours sincerely,

William S. Strong

Enclosures