# KOTIN, CRABTREE & STRONG, LLP

ATTORNEYS AT LAW
ONE BOWDOIN SQUARE
BOSTON, MASSACHUSETTS 02114-2925

TELEPHONE (617) 227-7031
FACSIMILE (617) 367-2988
EMAIL KCS@KCSLEGAL.COM
WWW.KCSLEGAL.COM

LAWRENCE KOTIN
ROBERT K. CRABTREE
WILLIAM S. STRONG*
DOLPH J. VANDERPOL
ABBOTT L. REICHLIN
ANNE L. JOSEPHSON
JOSEPH B. GREEN
MARIE F. MERCIER
ELIZABETH J. BAILEY
RICHARD F. HOWARD
NICHOLAS M. KELLEY
RENÉ D. VARRIN
SHAREN LITWIN
EILEEN M. HAGERTY

*ALSO ADMITTED IN NH

OF COUNSEL
DANIEL T.S. HEFFERNAN

AMY H. WEINSTEIN
MARYANN C. CASSIDY
LAUREL H. SIEGEL
AMY C. MAINELLI**

**ALSO ADMITTED IN RI

March 16, 2004

**04 MBD 10082**

BY FACSIMILE and FEDERAL EXPRESS

Mr. Chris Newcomb
Everyones Internet, LTD
2600 Southwest Freeway, Suite 600
Houston, TX 77098
Fax: (713) 942-8621

Re: best-it-ebooks.com

Dear Mr. Newcomb:

This firm represents several major publishers in the field of information technology – Elsevier, Inc., The MIT Press, O'Reilly Media, Inc., Pearson Education Inc., and John Wiley & Sons, Inc. – in copyright enforcement matters. It has come to our clients' attention that some person or persons have been conducting a flagrantly infringing business through a website entitled www.best-it-ebooks.com. The site sells sets of CD-ROMs of the same name, "Best IT e-Books." As the name indicates, these CD sets contain copies of numerous books in the field of information technology. The website allows a customer to purchase a full set of eleven CDs, containing hundreds of books in electronic or PDF format, for $65.

If you go to the best-it-ebooks website and click on "Books" on the bar near the top of the screen, you will find a list of the books included in the Best IT e Books product. The publishers of these books are conveniently listed, which will enable you to verify that many titles published by my clients are included. A full list of my clients' copyrighted works that are being infringed is attached hereto. (The Elsevier titles appear under the Morgan Kaufman and Academic Press imprints; the Pearson titles appear under the Prentice-Hall and Addison Wesley imprints; the Wiley titles appear under the Wiley, Wrox, and Hungry Minds imprints.) No license for reproduction or distribution has been granted to best-it-ebooks.com by my clients. (This will hardly surprise you, as the price per book works out to less than $0.10.)

Chris Newcomb
Everyones Internet
March 16, 2004
Page 2 of 3

The www.best-it-ebooks.com domain registration information is fake. The domain registrant's address is given as Fantasy, Prospect 1, New York, NY 380013, with an administrative contact listed as George Brown. George Brown has the same address as Fantasy listed, but with a zip code of 123451. The WHOIS information for the domain lists ns1.s13avahost.net and ns2.s13avahost.net as the domain servers for www.best-it-ebooks.com

Although the available WHOIS information for avahost.net is itself bogus, we have been able to trace the server on which the www.best-it-ebooks.com site is run and have discovered it is located in Dallas, TX and belongs to your firm's network. I am writing to put you on notice that you are participating in and/or abetting the infringement of the copyrights identified on the attached list.

If your firm has not been aware of the foregoing activities, this letter puts you formally on notice. Regardless of your past state of knowledge, after receipt of this letter any further provision to www.best-it-ebooks.com or avahost.net of services that enable the infringement to continue or to resume will be regarded by my clients as willful contributory infringement on your part, and my clients will take appropriate action in response. We trust you will be guided accordingly and in accordance with the provisions of Section 512 of the Copyright Act.

Pursuant to 17 U.S.C. § 512 (c)(3)(A), I hereby state:

1. That we have a good faith belief that the foregoing acts complained of infringe upon my clients' copyrights and are not authorized by the copyright owners, their respective agents, or the law;
2. That the information in this notification is accurate, and
3. Under penalty of perjury, that I and this firm are authorized to act on behalf of the owners of the copyrights being infringed as set forth in this notification.

A subpoena pursuant to 17 U.S.C. §512(h) will follow shortly. I will hope to hear from you forthwith.

In addition to the contact information provided above, you may email me at wstrong@kcslegal.com.

Yours sincerely,

William S. Strong

Chris Newcomb
Everyones Internet
March 16, 2004
Page 3 of 3

cc: Allan Adler, Esq.        Roy Kaufman, Esq.
    Cali Bush               Michael Leonard
    Roberta Cairney, Esq.   Maureen McArdle, Esq.
    Ellen W. Faran          Mark Seeley, Esq.
    Harriet Goldberg, Esq.

WSS/elsevier/best*/corr/everyonesinternet