AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF **Massachusetts**

Request for Issuance of a
Subpoena Pursuant to 17 U.S.C.
Section 512(h)

SUBPOENA IN A CIVIL CASE

Case Number:[1]

# 04 MBD 10082

TO:     Everyones Internet, LTD
        2600 Southwest Freeway, Suite 600
        Houston, TX 77098

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| **See Attached Exhibit A** | March 25, 2004 at 10:00 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *D.J. Kule, Deputy Clerk* | *March 19, 2004* |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

*DEBORAH J. KEEFE, U.S.D.C-MA, 1 COURTHOUSE WAY, BOSTON, MA 02210*
*617-748-9165*

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

---

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| **SERVED** | 3/22/04 | ~~Everyones Internet, LTD~~ 2600 Southwest Freeway, Suite 600, Houston, TX ~~Via Certified Mail Return Receipt Requested~~ |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Everyones Internet Ltd. | Via Certified Mail Return Receipt Requested (Documentation attached) |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| William S. Strong, Esq. | |

---

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ____4/2/04____
                    DATE

_____
SIGNATURE OF SERVER

Kotin, Crabtree & Strong LLP
ADDRESS OF SERVER

One Bowdoin Sq, Boston, MA 02114

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c)  PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2)  (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)  (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i)  fails to allow reasonable time for compliance,

(ii)  requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend

trial be commanded to travel from any such place within the state in which the trial is held, or

(iii)  requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv)  subjects a person to undue burden.

(B)  If a subpoena

(i)  requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii)  requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii)  requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d)  DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the mmmdemanding party to contest the claim.



**UNITED STATES
POSTAL SERVICE®**

# Track & Confirm

### Current Status

You entered 7003 0500 0002 3270 5682

Your item was delivered at 4:13 pm on March 22, 2004 in HOUSTON, TX 77098.

### Notification Options

▸ **Track & Confirm by email**    <u>What is this?</u>    ( Go >

### Track & Confirm

Enter label number:

**Track & Confirm FAQs**



POSTAL INSPECTORS
Preserving the Trust

**site map  contact us  government services**
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**O F F I C I A L   U S E**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.11 |

Postmark
Here
MAR 19 2004

*Sent To* Everyones Internet, LTD
*Street, Apt. No.; or PO Box No.* 2600 Southwest Freeway, St 600
*City, State, ZIP+4* Houston, MA 77098

PS Form 3600, June 2002                    See Reverse for Instructions

**04**MBD **10082**

### Exhibit A to Subpoena

1.    Produce pursuant to the subpoena any and all information in your possession
sufficient to identify the person or persons conducting business through the
website entitled www.best-it-ebooks.com and offering for purchase the
materials described in the attached letter dated March 16, 2004, to the extent
such information is available to you.

2.    The documents requested in the subpoena may be produced in paper or
electronic form and shall be produced by 10:00 a.m. on March 25, 2004 at:

KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114
(617) 227-7031
(617) 367-2988 (fax)

# KOTIN, CRABTREE & STRONG, LLP

ATTORNEYS AT LAW
ONE BOWDOIN SQUARE
BOSTON, MASSACHUSETTS 02114-2925

LAWRENCE KOTIN
ROBERT K. CRABTREE
WILLIAM S. STRONG*
DOLPH J. VANDERPOL
ABBOTT L. REICHLIN
ANNE L. JOSEPHSON
JOSEPH B. GREEN
MARIE F. MERCIER
ELIZABETH J. BAILEY
RICHARD F. HOWARD
NICHOLAS M. KELLEY
RENÉ D. VARRIN
SHAREN LITWIN
EILEEN M. HAGERTY

*ALSO ADMITTED IN NH

TELEPHONE (617) 227-7031

FACSIMILE (617) 367-2988

EMAIL KCS@KCSLEGAL.COM

WWW.KCSLEGAL.COM

OF COUNSEL
DANIEL T.S. HEFFERNAN

AMY H. WEINSTEIN
MARYANN C. CASSIDY
LAUREL H. SIEGEL
AMY C. MAINELLI**

**ALSO ADMITTED IN RI

March 16, 2004

**04**MBD**10082**

BY FACSIMILE and FEDERAL EXPRESS

Mr. Chris Newcomb
Everyones Internet, LTD
2600 Southwest Freeway, Suite 600
Houston, TX 77098
Fax: (713) 942-8621

     Re:   best-it-ebooks.com

Dear Mr. Newcomb:

     This firm represents several major publishers in the field of information technology – Elsevier, Inc., The MIT Press, O'Reilly Media, Inc., Pearson Education Inc., and John Wiley & Sons, Inc. – in copyright enforcement matters. It has come to our clients' attention that some person or persons have been conducting a flagrantly infringing business through a website entitled www.best-it-ebooks.com. The site sells sets of CD-ROMs of the same name, "Best IT e-Books." As the name indicates, these CD sets contain copies of numerous books in the field of information technology. The website allows a customer to purchase a full set of eleven CDs, containing hundreds of books in electronic or PDF format, for $65.

     If you go to the best-it-ebooks website and click on "Books" on the bar near the top of the screen, you will find a list of the books included in the Best IT e Books product. The publishers of these books are conveniently listed, which will enable you to verify that many titles published by my clients are included. A full list of my clients' copyrighted works that are being infringed is attached hereto. (The Elsevier titles appear under the Morgan Kaufman and Academic Press imprints; the Pearson titles appear under the Prentice-Hall and Addison Wesley imprints; the Wiley titles appear under the Wiley, Wrox, and Hungry Minds imprints.) No license for reproduction or distribution has been granted to best-it-ebooks.com by my clients. (This will hardly surprise you, as the price per book works out to less than $0.10.)

③

Chris Newcomb
Everyones Internet
March 16, 2004
Page 2 of 3

The www.best-it-ebooks.com domain registration information is fake. The domain registrant's address is given as Fantasy, Prospect 1, New York, NY 380013, with an administrative contact listed as George Brown. George Brown has the same address as Fantasy listed, but with a zip code of 123451. The WHOIS information for the domain lists ns1.s13avahost.net and ns2.s13avahost.net as the domain servers for www.best-it-ebooks.com

Although the available WHOIS information for avahost.net is itself bogus, we have been able to trace the server on which the www.best-it-ebooks.com site is run and have discovered it is located in Dallas, TX and belongs to your firm's network. I am writing to put you on notice that you are participating in and/or abetting the infringement of the copyrights identified on the attached list.

If your firm has not been aware of the foregoing activities, this letter puts you formally on notice. Regardless of your past state of knowledge, after receipt of this letter any further provision to www.best-it-ebooks.com or avahost.net of services that enable the infringement to continue or to resume will be regarded by my clients as willful contributory infringement on your part, and my clients will take appropriate action in response. We trust you will be guided accordingly and in accordance with the provisions of Section 512 of the Copyright Act.

Pursuant to 17 U.S.C. § 512 (c)(3)(A), I hereby state:

1. That we have a good faith belief that the foregoing acts complained of infringe upon my clients' copyrights and are not authorized by the copyright owners, their respective agents, or the law;
2. That the information in this notification is accurate, and
3. Under penalty of perjury, that I and this firm are authorized to act on behalf of the owners of the copyrights being infringed as set forth in this notification.

A subpoena pursuant to 17 U.S.C. §512(h) will follow shortly. I will hope to hear from you forthwith.

In addition to the contact information provided above, you may email me at wstrong@kcslegal.com.

Yours sincerely,

William S. Strong

Chris Newcomb
Everyones Internet
March 16, 2004
Page 3 of 3


cc:   Allan Adler, Esq.        Roy Kaufman, Esq.
      Cali Bush                Michael Leonard
      Roberta Cairney, Esq.    Maureen McArdle, Esq.
      Ellen W. Faran           Mark Seeley, Esq.
      Harriet Goldberg, Esq.
      WSS/elsevier/best*/corr/everyonesinternet

**List of Infringing Works**
www.best-it-ebooks.com
(Note that the books are listed here in the order in which they appear on the website.)

Addison Wesley - Algorithms - Robert Sedgewick
Addison Wesley - Introduction to Automata Theory, Languages and Computation
MIT Press - Introduction to Algorithms - Cormen, Leiserson, Rivest

Hungry Minds – AutoCAD 2002 Bible

Addison Wesley - Hack I.T. Security Through Penetration Test
Addison Wesley - Hackers Delight
Addison Wesley - Web Hacking - Attacks and Defense
MIT Press - Privacy on the Line. The Politics of Wiretapping and Encryption
Wiley - Incident Response Computer Forensics Toolkit

OReilly - Essential CVS

Addison Wesley - Enterprise Application Integration
Morgan Kaufmann Publisher - Database Tuning Principles

Hungry Minds - Access 2002 Bible

Wiley - IBM Data Warehousing

Addison Wesley - The Guru's Guide to SQL Server Stored Procedures
Hungry Minds - Microsoft SQL Server 2000 Weekend Crash Course
Wrox - Professional Sql Server 2000 Data Warehousing With Analysis Services
Wrox - Professional SQL Server 2000 Database Design

OReilly - MySQL and mSQL

Hungry Minds - Oracle 9iAS Portal Bible
Hungry Minds - Oracle WebDB Bible
OReilly - Mastering Oracle SQL
OReilly - Oracle PL SQL Programming
Prentice Hall - Oracle DBA Guide to Data Warehousing and Star Schemas

Addison Wesley - The Guru's Guide To Transact SQL
OReilly - SQL In A Nutshell
Wiley - SQL Bible

OReilly - Programming Embedded Systems in C and C++

Addison Wesley - Hypertransport System Architecture - 1St Edition 2003
Addison Wesley - USB System Architecture (USB 2.0)

1

OReilly - PC Hardware In A Nutshell 2nd Edition

Prentice Hall - Itanium Architecture for Programmers

Wiley - About Face 2.0 The Essentials of Interaction Design

Hungry Minds - Adobe Premiere 6 Bible
Wiley - Adobe Scripting - Your visual blueprint for scripting in Photoshop and Illustrator

Morgan Kaufmann Publisher - MEL Scripting for Maya Animators

Addison Wesley - Troubleshooting Microsoft Technologies - The Administrator's Repair Manual
- 2003

John Wiley & Sons - Excel 2002 Power Programming with VBA

OReilly - DNS & BIND 3rd edition
OReilly - Ethernet Definitive Guide
Wiley - Illustrated TCPIP - Naugle

OReilly - Cisco IOS Access Lists
OReilly - TCPIP Network Administration

Addison Wesley - Inside Internet Security - What Hackers Don't Want You to Know

Prentice Hall - IP in Wireless Networks
Prentice Hall - IPSec - the new security standard for th

Addison Wesley - Audio and Video for the Internet
Addison Wesley - Designing Storage Area Networks 2nd Edition
Addison Wesley - Firewalls And Internet Security - Repelling The Wily Hacker - 2nd Edition
Addison Wesley - Telecommunications Essentials
Addison Wesley - Wireless Security and Privacy - Best Practices and Design Techniques
OReilly - Building Wireless Community Networks
OReilly - Wireless Hacks 100 Industrial - Strength Tips and Tools
Prentice Hal - IT Security Risking the Corporation
Prentice Hall - Complete Home Wireless Networking - Windows XP Edition
Prentice Hall - Computer Networks 4th Edition
Prentice Hall - Network Management MIBs and MPLS
Prentice Hall - Personal Firewalls for Administrators and Remote Users
Wiley - Planning for Survivable Networks

Hungry Minds - BEA WebLogic Server Bible
Hungry Minds - Microsoft Exchange 2000 Server - Administrator's Bible

2

Addison Wesley - Real 802.11 Security Wi-Fi Protected Access and 802.11i
Wiley - Mobile and Wireless Design Essentials

Addison Wesley - Design Patterns Explained A New Perspective on Object-Oriented Design

Addison Wesley - Operating Systems Concepts
Addison Wesley - Operating Systems Concurrent And Distributed Software Design

OReilly - Kerberos The Definitive Guide
OReilly - Learning the bash Shell 2nd Edition
OReilly - SSH, The Secure Shell - The Definitive Guide
Prentice Hall - Modern Operating Systems 2nd Edition

Prentice Hall - HP-UX 11i Systems Administration Handbook Toolkit 2nd Edition

Addison Wesley - Advanced Linux Networking
Addison Wesley - Linux - In German
Addison Wesley - Multitool Linux - Practical Uses for Open Source Software
OReilly - Building Embedded Linux Systems
OReilly - Building Secure Servers with Linux
OReilly - Learning RedHat Linux 3rd Edition
OReilly - LINUX admin
OReilly - Linux Device Drivers
OReilly - Linux In A Nutshell 3d Edition
OReilly - Linux in a Nutshell 4th Edition
OReilly - Linux Server Hacks
OReilly - LPI Linux Certification In A Nutshell
OReilly - Running Linux 4th Edition
OReilly - Understanding The Linux Kernel
Prentice Hall - Integrating Linux and Windows
Prentice Hall - Interprocess Communications in Linux
Prentice Hall - Linux Desk Reference 2nd Edition
Prentice Hall - Linux on the Mainframe

OReilly - Mac OS X For UNIX Geeks
OReilly - Mac OS X in a Nutshell
OReilly - Mac OS X The Missing Manual 2nd Edition

Addison Wesley - UNIX Internals - A Practical Approach

OReilly - Essential System Administration 3rd Unix
OReilly - Learning the UNIX Operating System
OReilly - Practical Unix And Internet Security 3rd Edition
OReilly - termcap & terminfo
OReilly - Unix Power Tools

3

Prentice Hall - Optimizing UNIX for Performance
Prentice Hall - The Design of the Unix Operating System
Prentice Hall - UNIX Internals - The New Frontiers
Prentice Hall - UNIX Network Programming - Edition 2 - Volume 1
Prentice Hall - UNIX Network Programming - Edition 2 - Volume 2
Prentice Hall - Unix Network Programming - Interprocess Communications - Stevens
Prentice Hall - Unix Systems Programming 2nd Edition
Wiley - UNIX Filesystems - Evolution Design and Implementation

OReilly - Sendmail 3rd Edition
Prentice Hall - Solaris Security

Addison Wesley - Inside Windows Storage
Prentice Hall - Windows 2000 Device Driver Book a Guide for Programmers 2nd Edition

OReilly - DNS on Windows 2000
OReilly - Managing the Windows 2000 Registry

Addison Wesley - Inside Windows Server 2003
Addison Wesley - The Ultimate Windows Server 2003 System Administrator's Guide

OReilly - Active Directory 2nd Edition

Hungry Minds - Windows XP Bible - Alan Simpson

OReilly - Windows XP Annoyances
OReilly - Windows XP Hacks

Addison Wesley - Advanced Programming Language Design
Addison Wesley - An Introduction to Parallel Computing 2nd Edition
Addison Wesley - CMMI. Guidelines for Process Integration and Product Improvement
Addison Wesley - Code Reading The Open Source Perspective
Addison Wesley - Extreme Programming for Web Projects 2002
Addison Wesley - Extreme Programming Installed
Addison Wesley - Extreme Programming Perspectives
Addison Wesley - Next Generation Application Integration
Addison Wesley - Pocket PC Network Programming
Addison Wesley - Test-Driven Development by Example
Addison Wesley - The Object Constraint Language 2nd Edition
Addison Wesley - The TeX Book
Addison Wesley - Understanding and Deploying LDAP Directory Services, 2nd Edition

MIT Press - The First Computers History and Architectures
OReilly - eBay Hacks 100 Industrial - Strength Tips and Tool
OReilly - Essential Blogging

4

OReilly - Google Hacks
OReilly - Learning the vi Editor, 6th Edition
OReilly - Sequence Analysis In A Nutshell
Prentice Hall - iTV Handbook Technologies and Standards
Prentice Hall - Multithread Programming Primer
Wiley - The CISA Prep Guide - Mastering the CISA Exam
Wiley - Toward The Semantic Web

Addison Wesley - The Practice of Programming - Kernighan, Pike
MIT Press - Principles of Data Mining
Morgan Kaufmann - Linkers & Loaders
OReilly - Mastering Regular Expressions
OReilly - Programming With GNU Software
OReilly - Secure Coding Principles and Practices
Wiley - How Debuggers Work
Wiley - Software Testing Fundamentals

Addison Wesley - Planning Extreme Programming
Wiley - Java Tools for Extreme Programming

MIT Press - An Inroduction To Genetic Programming
MIT Press - Genetic Programming

Addison Wesley - Advanced Java Networking
Addison Wesley - Applying Enterprise JavaBeans 2nd Edition
Addison Wesley - Building Scalable and High-Performance Java Web Applications using J2EE
Technology
Addison Wesley - Concurrent Programming in Java, Design Principles And Patterns, 2nd Edition
Addison Wesley - Design Patterns, the Java Companion
Addison Wesley - Designing Enterprise Applications with J2EE Platform 2nd Edition
Addison Wesley - Inside Java 2 Platform Security 2nd Edition
Addison Wesley - J2EE Connector Architecture and Enterprise Application Integration
Addison Wesley - Java Data Objects
Addison Wesley - Java Development on PDAs
Addison Wesley - Java Native Interface
Addison Wesley - Java Network Programming and Distributed Computing
Addison Wesley - Java Platform Performance - Strategies And Tactics
Addison Wesley - JDBC API Tutorial and Reference 3d Edition
Addison Wesley - LDAP programming With Java
Addison Wesley - Micro Java Game Development
Addison Wesley - MIDP 2.0 Styly Guide for Java 2 Platform Micro Edition
Addison Wesley - Programming for the Java Virtual Machine
Addison Wesley - The J2EE Tutorial
Addison Wesley - The Java Developers Almanac 1.4

5

Hungry Minds - Java 2 Bible Enterprise Edition
OReilly - Database Porgramming With Jdbc And Java 2nd Edition
OReilly - Enterprise Javabeans 3rd Edition
OReilly - J2ME in a Nutshell
OReilly - Java & XML 2nd Edition
OReilly - Java & XSLT
OReilly - Java 2d graphics
OReilly - Java 3d Programming
OReilly - Java and SOAP
OReilly - Java Extreme Programming Cookbook
OReilly - Java IO
OReilly - Java Message Service
OReilly - Java Threads 2nd Edition
OReilly - Java Web Services In A Nutshell
OReilly - Learning Wireless Java
OReilly - Programming Jakarta Struts
OReilly - Weblogic Workbook
Practical Artificial Intelligence Programming in Java 2nd Edition
Prentice Hall - Getting Started With Sun One
Prentice Hall - Multithreaded Programming with JAVA Technology
Prentice Hall - Real-Time Java Platform Programming

Wiley - EJB Design Patterns
Wiley - Mastering EJB 2nd Edition
Wiley - Mastering Enterprise JavaBeans and Java 2 Platform
Wiley and Sons - More Java Pitfalls

Wrox - Professional J2EE with BEA WebLogic Server
Wrox Press - Expert One On One J2EE Design And Development

Addison Wesley - Algorithms Data Structures and Problem Solving with C++
Addison Wesley - Applied C++ Techniques for Building Better Software
Addison Wesley - C++ By Dissection
Addison Wesley - C++ Gotchas
Addison Wesley - C++ Templates The Complete Guide
Addison Wesley - C++ The Standard Library A Tutorial And Ref
Addison Wesley - C++ Transparencies
Addison Wesley - Designing Components with the C++ STL
Addison Wesley - Effective STL
Addison Wesley - Efficient C++ Programming Techniques
Addison Wesley - Essential C++
Addison Wesley - Exceptional C++ - Engineering Puzzles Programming Problems Solutions
Addison Wesley - Modern C++ Design Generic Programming and Design Patterns Applied
Addison Wesley - More Exceptional C++
Addison Wesley - The C++ Programming Language Special 3rd Edition

6

Addison Wesley - The C++ STL
OReilly - C++ in a Nutshell
OReilly - Practical C Programming 3rd Edition
OReilly - Practical C++ Programming (Steve Oualline)
OReilly - Programming Embedded Systems in C and C++
OReilly - Secure Programming Cookbook for C and C++
Prentice Hall - Core C++ - A Software Engineering Approach
Prentice Hall - Expert C Programming - Deep C Secretes
Prentice Hall - The C Programming Language - Kernighan and Richie
Prentice Hall - The Standard C Library - Plauger
Prentice Hall - Thinking in C++ 2nd Edition

OReilly - Delphi In A Nutshell

Addison Wesley - Network Programming With Perl 2000
Addison Wesley - Perl Debugged
OReilly - Advanced Perl Programming
OReilly - Mastering Algorithms with Perl
OReilly - Mastering Perl for Bioinformatics
OReilly - Perl In A Nutshell

OReilly - Programming PHP 4
OReilly - Web Database Applications with PHP and MySQL
Wiley - Secure PHP Development - Building 50 Practical Applications
Wrox Press - Beginning PHP4
Wrox Press - Professional PHP Programming

Addison Wesley - Python Programming with the Java Class Libraries
OReilly - Learning Python
OReilly - Python In A Nutshell
Prentice Hall - Core Python Programming - Chun

Prentice Hall - Network Programming with Windows Sockets

Wrox - Beginning Visual C++ 6

Morgan Kaufmann - Real-Time Shader Programming DirectX 9

Addison Wesley - .NET Framework Security
Addison Wesley - C# Design Patterns - Cooper

OReilly - .NET Windows Forms In A Nutshell
OReilly - dot NET Framework Essentials - Thai, Lam
OReilly - Programming dot NET Security
OReilly - Visual Basic .NET Language in a Nutshell

7

OReilly - ADO.NET in a Nutshell

Addison Wesley - Essential ASP.Net With Examples In C Sharp - 1st Edition

Hungry Minds - ASP.NET Bible
OReilly - ASP.NET in a Nutshell 2nd Edition
Wrox - Inside ASP.NET Web Matrix

Addison Wesley - .NET for Java Developers - Migrating to C#
Hungry Minds - C# Book
Hungry Minds - C# COM Programming
OReilly - C Sharp In a Nutshell
OReilly - Programming C# - Libery
Prentice Hall - Thinking in C#
Wiley - C# Bible

Addison Wesley - Database Access With VB.NET - 3rd Edition
Addison Wesley - Visual Basic .NET Power Coding
Wrox - Beginning Visual Basic .NET Database Programming

Wrox - Professional MFC With C++

Addison Wesley - Developing Applications with Visual Studio.NET
OReilly - Mastering Visual Studio .NET

Addison Wesley - OpenGL Programming Guide 2nd Edition

Addison Wesley - Understanding Web Services. XML, WSDL, SOAP
OReilly - Programming Web Services with Soap
OReilly - Programming Web Services with XML - RPC
Addison Wesley - Real-Time Design Patterns

Prentice Hall - Real-time Systems Specification Verification and Analysis

Addison Wesley - Beyond Software Architecture
Addison Wesley - Business Intelligence Roadmap
Addison Wesley - Design Patterns - Elements of Reusable Object-Oriented Software
Addison Wesley - Documenting Software Architectures 2nd Edition
Addison Wesley - How To Run Successful Projects III
Addison Wesley - Joy of Patterns - Using Patterns for Enterprise Development
Addison Wesley - Managing Software Requirements 2nd Edition
Addison Wesley - Metrics and Models in Software Quality Engineering 2nd Edition
Addison Wesley - Modernizing Legacy Systems
Addison Wesley - Object Design Roles Responsibilities and Collaborations

8

Addison Wesley - Pattern-Oriented Analysis and Design
Addison Wesley - Patterns of Enterprise Application Architecture
Addison Wesley - Professional Software Development
Addison Wesley - Software Architecture In Practice 2nd Edition
Addison Wesley - Software Engineering And Computer Games
Addison Wesley - Software Project Management in Practice
MIT Press - How To Design Programs
Prentice Hall - Enterprise Data Center Design And Methodology
Prentice Hall - IT Problem Management
Prentice Hall - IT Services. Costs, Metrics, Benchmarking, and Marketing
Prentice Hall - Software Architect Bootcamp
Prentice Hall - Software Development Building Reliable Systems
Prentice Hall - Successful Software Development 2nd Edition

Wiley - Project Management Nation
Wiley - Strategic Planning For Project Management Using a Project Management Maturity
Model

Addison Wesley - Building Web Applications with UML 2nd Edition
Addison Wesley - Service and Component Based Development
Addison Wesley - The Uml User Guide
Addison Wesley - UML Distilled 2nd Edition
Addison Wesley - UML for Database Design
Addison Wesley - UML Writing Effective Use Cases
Wiley - UML Weekend Crash Course

Addison Wesley - Web Caching and Replication
OReilly - Web Design In A Nutshell
Prentice Hall - Core Web Programming 2nd Edition
Wiley - Bulletproofing Web Applications
Wiley - Web Metrics - Proven Methods for Measuring Web Site Success

Hungry Minds - Apache Server 2 Bible

OReilly - CGI Programming on the World Wide Web

Wiley - ColdFusion MX Bible

OReilly - Cascading Style Sheets The Definative Guide
OReilly - Html The Definite Guide
OReilly - Java Script And DHTML Cookbook

Wrox Press - JavaScript Programmer's Reference

OReilly - Web Design CD Bookshelf v1-0

Addison Wesley - JSP XML Integrating JSP Application

OReilly - Java Servlet Programming
Prentice Hall - Core JSTL - Mastering The JSP Standard Tag Library

OReilly - Flash Remoting The Definitive Guide

Wiley - Macromedia Fireworks MX Bible

Hungry Minds - Flash 5 Bible
OReilly - ActionScript for Flash MX - The Definitive Guide 2nd Edition

Wiley - Flash MX ActionScript For Designers

Addison Wesley - Real World XML Web Services
Addison Wesley - Secure XML - New Syntax for Signatures and Encryption
Addison Wesley - Using XML with Legacy Business Applications
Addison Wesley - XML Data Management. Native XML and XML-Enabled Database
Addison Wesley - XQuery from the Experts

Hungry Minds - XML Bible 2nd Edition

OReilly - Learning XML
OReilly - XML in a Nutshell 2nd Edition
OReilly - XML Schema
OReilly - XPath and XPointer
OReilly - XSLT
Prentice Hall - XSLT and XPATH - A Guide to XML Transformations

Wiley - Applied XML A Toolkit for Programmers
Wiley - ebXML Simplified - A Guide to the New Standard for Global E-Commerce
Wrox - Professional XML Databases
Wrox - XSLT Pogrammers Reference